No. 89–1927. UNITED STATES v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF TEMPLE. C. A. 5th Cir. Motion of respondent to substitute Resolution Trust Corporation in place of First Federal Savings & Loan Association, Temple, Texas, granted.

No. 89–5867. IRWIN v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 5th Cir. [Certiorari granted, 493 U. S. 1069.] Motion of petitioner for divided argument denied.

No. 89–6332. MINNICK v. MISSISSIPPI. Sup. Ct. Miss. [Certiorari granted, 495 U. S. 903.] Motion of Mississippi State Bar for leave to file an amended *amicus curiae* brief granted.

No. 89–7063. LANDES v. JOOST. C. A. 3d Cir. Motion of petitioner to reconsider order denying leave to proceed *in forma pauperis* [496 U. S. 934] denied.

No. 89–7370. GOZLON-PERETZ v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, 496 U. S. 935.] Motion for appointment of counsel granted, and it is ordered that Peter Goldberger, Esq., of Philadelphia, Pa., be appointed to serve as counsel for petitioner in this case.

No. 89–7594. PLETTEN v. NEWMAN ET AL. C. A. 6th Cir.;

No. 89–7826. TURNER v. DISTRICT BOARD OF TRUSTEES OF MIAMI-DADE COMMUNITY COLLEGE. C. A. 11th Cir.; and

No. 90–5032. COBB v. CITY OF DETROIT COMMON COUNCIL ET AL. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 22, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of the Court.

JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.